```
 1  James A. Perkins                                Judge Lonny R. Suko
    LARSON BERG & PERKINS PLLC
 2  105 North Third Street
    Yakima, WA 98901
 3  (509) 457-1515
    Counsel for plaintiffs
 4
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD BRYAN and LINDA BRYAN, husband and wife, d/b/a Bryan Appraisals,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>PFAU, INC., a Washington corporation; and DONOVAN T. PFAU and JANE DOE PFAU, husband and wife, and their marital community,<br><br>　　　　　Defendants. | NO.  CV-04-3102-LRS<br><br>ORDER OF DISMISSAL |

THIS MATTER coming on to be heard before the undersigned judge of the above-entitled court based upon the stipulation of the parties for dismissal of the Complaint pursuant to FRCP 41, and the court being fully advised in the premises, NOW, THEREFORE;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims by and/or against any named party be and hereby are dismissed with prejudice and without costs.

Dated this 15th day of March, 2007.

*s/Lonny R. Suko*

_____
The Honorable Lonny R. Suko
United States District Court Judge


ORDER OF DISMISSAL - 1

BRYAN\PFAU\Dismiss.ord

**LARSON BERG & PERKINS PLLC**
105 North Third Street
P. O. Box 550
Yakima, WA 98907
(509) 457-1515
(509) 457-1027 (fax)